## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 12-21184 (AHWS) |
| WHITEHALL AVENUE, LLC | : | CHAPTER 7 |
| _____ | : | |
| THOMAS C. BOSCARINO, TRUSTEE | : | ADV. PROC. NO.: 15-02011 |
|   Plaintiff | : | |
|   v. | : | |
| JPMorgan Chase Bank, N.A. | : | RE: ECF NO. 19 |
|   Defendant | : | |

### ORDER RE: TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM

Upon the Trustee's Motion to Approve Compromise and Settlement of Claim filed by Thomas C. Boscarino, Trustee, dated September 15, 2015 it is hereby:

ORDERED: That the estate may compromise the estate's claims against JPMorgan Chase Bank, N.A. as specified in the Trustee's Motion to Approve Compromise for the payment of Fifty-three Thousand Seven Hundred Fifty and 00/100 Dollars ($53,750.00) and upon the further terms and conditions set forth in paragraphs 5 and 6 of said Motion which further terms and conditions shall be deemed incorporated into this Order by reference.

Dated: October 13, 2015                                    By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge